# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **MICKEY WAYNE ANTLEY** | **CIVIL ACTION NO. 14-3307** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **DEPUTY SLADE DARDEN, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint against **JUDGE McCALLUM** be **DISMISSED WITH PREJUDICE** for seeking money damages from a defendant who is immune from suit pursuant to the provisions of 28 U.S.C. § 1915(e)(2).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint against **SHERIFF DUSTY GATES** be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

MONROE, LOUISIANA, this 17th day of June, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE