UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **MICKEY WAYNE ANTLEY** | * | CIVIL ACTION NO. 14-3307<br>SEC. P. |
| **VERSUS** | * | JUDGE ROBERT G. JAMES |
| **DEPUTY SLADE DARDEN, ET AL.** | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections and responses thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, and DECREED** that the Motion for Summary Judgment [Doc. No. 33] filed by Plaintiff Mickey Wayne Antley is **DENIED**.

MONROE, LOUISIANA, this 6th day of May, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE