# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **MICKEY WAYNE ANTLEY** | * | **CIVIL ACTION NO. 14-3307** |
| | | **SEC. P.** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **DEPUTY SLADE DARDEN, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## RULING

On August 23, 2017, the Court issued a Memorandum Order [Doc. No. 59] continuing trial after Plaintiff Mickey Wayne Antley ("Antley"), who is acting *pro se*, failed to appear at an August 9, 2017 pre-trial conference conducted by Magistrate Judge Karen L. Hayes. Antley also failed to file a proposed joint pretrial order with Defendants. As of the date of the Memorandum Order, the Court further noted that Antley had failed to comply with Magistrate Judge Hayes' Minutes [Doc. No. 58] of the pre-trial conference, requiring him "to provide the court and his opposing counsel with a telephone number where he can be reached, is to provide copies of his exhibits to his opposing counsel, and is to file copies of all of his exhibits in the record of these proceedings within 10 days of the date of this order." *Id.* Finally, the Court warned Antley that he "must comply with Magistrate Judge Hayes' Minutes by providing and/or filing the identified information and items no later than September 6, 2017[,]" or the Court would "DISMISS HIS CASE FOR FAILURE TO PROSECUTE." [Doc. No. 59].

Despite the Court's warning and the extension of time for compliance with Magistrate Judge Hayes' Minutes, Antley has failed to provide the required information, to file any pleading, or take

any other action indicating his intent to proceed with his lawsuit. Under the circumstances, and given the clear notice given to him, the Court finds that Antley's lawsuit should be DISMISSED WITHOUT PREJUDICE for failure to prosecute. Antley may move for reinstatement within thirty (30) days of the date of this Ruling for good cause shown.

    MONROE, LOUISIANA, this 20th day of September, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE